United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| LINDA GRAYSON § | |
| § | |
| V. § | CIVIL ACTION NO. G-15-120 |
| § | |
| LEXINGTON INSURANCE COMPANY § | |

# FINAL JUDGMENT

On this day the Court granted the Motion for Summary Judgment of Defendant Lexington Insurance Company.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiff, Linda Grayson, **RECOVER NOTHING**; that all claims asserted against Defendant by Plaintiff are **DISMISSED with prejudice**; and that the Parties **SHALL** bear their own costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this       12th       day of September, 2016.

John R. Froeschner
United States Magistrate Judge